# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0035

VERSUS

PAMELA ROSAS BARBEE                                       **MARCH 28, 2022**

---

In Re:      Pamela Rosas Barbee, applying for supervisory writs,
            22nd Judicial District Court, Parish of St. Tammany,
            No. 3454-M-2020.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              JMM
                              WIL
                              EW

COURT OF APPEAL, FIRST CIRCUIT

   DEPUTY CLERK OF COURT
       FOR THE COURT